**Official Form 1 (1/08)**

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Catanescu Ovidiu* | *Catanescu, Maria* |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| *dba Goma Enterprises, Inc.,, dba American Home Enterprises, Inc., dba Ovi's Pub, dba Interbanc Mortgage Services, Inc.* | *NONE* |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *7959/26-0179149* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *6554* |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *1430 Falcon Lane* *Hoffman Estates IL* | ZIPCODE *60192-4543* | Street Address of Joint Debtor (No. & Street, City, and State): *1430 Falcon Lane* *Hoffman Estates IL* | ZIPCODE *60192* |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: *Cook* |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME* | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other *restaurant*

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000- 5,000 | 5,001- 10,000 | 10,001- 25,000 | 25,001- 50,000 | 50,001- 100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Catanescu, Ovidiu and* <br> *Maria Catanescu* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☒ Exhibit D completed and signed by the debtor is attached and made part of this petition. <br> If this is a joint petition: <br> ☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (1/08)                                                                                          FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Catanescu, Ovidiu and* <br> *Maria Catanescu* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Catanescu, Ovidiu*
Signature of Debtor

**X** */s/ Maria Catanescu*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Jeffrey Strange*
Signature of Attorney for Debtor(s)

*Jeffrey Strange*
Printed Name of Attorney for Debtor(s)

*Jeffrey Strange & Associates*
Firm Name

*717 Ridge*
Address

*Wilmette IL  60091*

*847-256-7377*
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Catanescu, Ovidiu*
   *and*
   *Maria Catanescu*

Case No.
Chapter   7

_____
                         Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Maria Catanescu*    _____

Date:    _____

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| In re | Catanescu, Ovidiu and Maria Catanescu |
| | Debtor(s) |

Case Number: _____
(If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this

☐ **The presumption arises.**
☒ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☒ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>    ☐ I remain on active duty /or/<br>    ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>    OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>    ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession, or farm.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts \$<br>b. Ordinary and necessary business expenses \$<br>c. Business income   Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts \$<br>b. Ordinary and necessary operating expenses \$<br>c. Rent and other real property income   Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor \$_____   Spouse \$_____ | $ | $ |
| 10 | **Income from all other sources.**   Specify source and amount. If necessary, list additional sources on a separate page.   **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**<br>Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.   0<br>b.   0<br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**   Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).**   If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

**B22A (Official Form 22A) (Chapter 7) (12/08)   - Cont.**                                   3

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**   Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.**   Enter the median family income for the applicable state and household size. (This information is available by family size at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**   Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.**   If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____   $ _____<br>b. _____   $ _____<br>c. _____   $ _____<br><br>Total and enter on Line 17 | $<br><br><br><br><br><br><br><br><br>$ |
| 18 | **Current monthly income for § 707(b)(2).**   Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing, and other items.**   Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**   Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>| Household members under 65 years of age | | Household members 65 years of age or older | |<br>|---|---|---|---|<br>| a1. | Allowance per member | a2. | Allowance per member | |<br>| b1. | Number of members | b2. | Number of members | |<br>| c1. | Subtotal | c2. | Subtotal | | | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**   Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

4

| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.   **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.**   If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☒ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at   www.usdoj.gov/ust/   or from the clerk of the | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.**   If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**   Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.   **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**   Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.   **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.**    Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.    **Do not include real estate or sales taxes.** | |
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.**    Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.**    Enter total average monthly premiums that you actually pay for term life insurance for yourself.    **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**    Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**    Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**    Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.    **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**    Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**    Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.    **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**    Enter the total of Lines 19 through 32 | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.**    List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance $<br>b. Disability Insurance $<br>c. Health Savings Account $<br><br>Total and enter on Line 34<br>**If you do not actually expend this total amount,**    state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.**    Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.**    Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.**    Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.    **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes    ☐ no | |
| b. | | | $ | ☐ yes    ☐ no | |
| c. | | | $ | ☐ yes    ☐ no | |
| d. | | | $ | ☐ yes    ☐ no | |
| e. | | | $ | ☐ yes    ☐ no | |
| | | | Total: Add Lines a - e | | $ |

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| b. | | | $ | |
| c. | | | $ | |
| d. | | | $ | |
| e. | | | $ | |
| | | | Total: Add Lines a - e | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)   - Cont.                                                                7

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b, and c | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)   - Cont.**                                                                 8

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.   *(If this a joint case, both debtors must sign.)*<br><br>Date: _05/01/2009_____   Signature: _*/s/ Catanescu, Ovidiu*_____<br>                                                       (Debtor)<br>Date: _05/01/2009_____   Signature: _*/s/ Maria Catanescu*_____<br>                                                       (Joint Debtor, if any ) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Catanescu, Ovidiu*
   *and*
   *Maria Catanescu*

             **Debtor(s)**

Case No.
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

☐    4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Catanescu, Ovidiu*

Date:

**FORM B6A (Official Form 6A) (12/07)**

In re **Catanescu, Ovidiu and Maria Catanescu**_____ ,   Case No._____
                                   Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1430 Falcon Lane Hoffman Estates IL | Husband and Wife | J | $ 420,000.00 | $ 420,000.00 |
| 7018 N. Rockwell Street #3 Chicago IL 60645 | Joint Tenants in Common | J | $ 125,000.00 | $ 125,000.00 |
| 7016 N. Rockwell Apartment 3 Chicago IL 60645 | Joint Tenants in Common | J | $ 125,000.00 | $ 125,000.00 |
| 5335 N. California Ave Chicago IL | Joint Tenants in Common | J | $ 50,000.00 | $ 50,000.00 |
| 2550 SW Deckard Street, Port St. Lucie FL 34953 | Joint Tenants in Common | J | $ 39,000.00 | $ 39,000.00 |
| 158 E. Chicago Elgin IL 60120 50% interest with Jose Vargas and Monica Bueno | Co-tenancy | J | $ 250,000.00 | $ 188,397.00 |

___1___   continuation sheets attached

In re _Catanescu, Ovidiu and Maria Catanescu_ _____ ,    Case No._____
      Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _1463 Mercury Lane #221 Schaumburg IL 60625_ | _Joint Tenants in Common_ | J | $ 100,000.00 | $ 89,974.03 |
| _One lot in Florida, in a   50/50 with Benjamin  Mihai,  located  on  Kestore Drive, Port St. Lucie FL_ | _Co-tenancy_ | J | $ 10,000.00 | $ 0.00 |
| _742 Knox Ave Lehigh Acres, FL.Vacant lot.   Held  in  50%  partnership  with Benjamin Mihai. Total value $5,000._ | _Joint Tenants in Common_ | J | $ 2,500.00 | $ 0.00 |
| _3903 32nd St SW, Lehigh Acres, FL vacant lot  held  in  50%  partnership  with Benjamin Mihal. Total value $5,000._ | _Co-tenancy_ | J | $ 2,500.00 | $ 0.00 |
| _642  Clancy  St.  E,  Lehigh  Acres,  Fl. Vacant lot held in 50% partnership with Benjamin Mihal. Valued at $5,000._ | _Joint Tenants in Common_ | J | $ 2,500.00 | $ 0.00 |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of Real Property

**TOTAL $**
(Report also on Summary of Schedules.)

1,126,500.00

B6B (Official Form 6B) (12/07)

In re _Catanescu, Ovidiu and Maria Catanescu_ ,         Case No. _____
                          Debtor(s)                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified in the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash_<br>_Location: In debtor's possession_ | J | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Account at Chase Bank_<br>_Location: In debtor's possession_<br><br>_Goma Enterprises Inc. Checking account at_<br>_Chase Bank. Account closed_<br><br>_Checking account at Harris Bank_<br>_Location: In debtor's possession_ | J<br><br><br><br>J | $ 140.00<br><br><br>$ 0.00<br><br><br>$ 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Used furniture and cookware_<br>_Location: In debtor's possession_ | J | $ 300.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Books and photographs_<br>_Location: In debtor's possession_ | J | $ 150.00 |
| 6.  Wearing apparel. | | _Used clothing_<br>_Location: In debtor's possession_ | J | $ 250.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Page  1  of  3

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                Case No. _____
               Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | _Goma Enterprises owned 50/50 with wife._ | J | $ 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _Acura RDX 2007 with 55,000 miles Location: In debtor's possession_ | J | $ 21,175.00 |

B6B (Official Form 6B) (12/07)

In re **Catanescu, Ovidiu and Maria Catanescu**                                    ,          Case No. _____
                                    Debtor(s)                                                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Honda Odyssey 2002 with 165,000 miles** **Location: In debtor's possession** | J | $ 2,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Refrigeration equipment** **Location: Landlord is holding** | | Unknown |
| | | **Walk-in Freezer** **Location: Landlord is holding.** | | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $ 24,815.00 |

Page   3   of   3

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **Catanescu, Ovidiu and Maria Catanescu**                    ,      Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1430 Falcon Lane Hoffman Estates IL | 735 ILCS 5/12-901 | $ 15,000.00 | $ 420,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking account | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $ 140.00 | $ 140.00 |
| Used furniture and cookware | 735 ILCS 5/12-1001(b) | $ 300.00 | $ 300.00 |
| Books and photographs | 735 ILCS 5/12-1001(a) | $ 150.00 | $ 150.00 |
| Used clothing | 735 ILCS 5/12-1001(a) | $ 250.00 | $ 250.00 |
| Acura RDX 2007 | 735 ILCS 5/12-1001(c) | $ 4,800.00 | $ 21,175.00 |
| Honda Odyssey 2002 | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 2,600.00 |
|  | 735 ILCS 5/12-1001(b) | $ 2,600.00 |  |

B6D (Official Form 6D) (12/07)

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                          Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *2620*<br>*Creditor # : 1*<br>*American Honda Finance*<br>*2170 Point Blvd Ste 100*<br>*Elgin IL 60123* | J | *2007-04-06*<br><br>*Acura RDX 2007*<br><br>Value: *$ 21,175.00* | | | | | *$ 21,439.00* | *$ 264.00* |
| Account No: *6710*<br>*Creditor # : 2*<br>*Capital One*<br>*PO Box 1710*<br>*Mattituck NY 11952* | J | *158 E. Chicago, Elgin, Illinois.*<br><br>Value: *$ 250,000.00* | | | | | *$ 188,397.00* | *$ 0.00* |
| Account No: *4693*<br>*Creditor # : 3*<br>*Chase*<br>*Po Box 901039*<br>*Fort Worth TX 76101* | J | *2005-09-19*<br>*Line of Credit*<br>*1463 Mercury Lane #221*<br>*Schaumburg IL; See Washington Mutual*<br><br>Value: *$ 100,000.00* | | | | | *$ 0.00* | *$ 0.00* |

_5_ continuation sheets attached

Subtotal $ | *$ 209,836.00* | *$ 264.00*
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,    Case No. _____
                                    **Debtor(s)**                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 7964  Creditor # : 4 Chase Po Box 901039 Fort Worth TX 76101 | J | 2004-10-04 1st Mortgage 1430 Falcon Lane Hoffman Estates IL; See Washington Mutual  Value: $ 420,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No: 2101  Creditor # : 5 Country Lane Park Condo Assoc. McGill Management Inc. 1314 N. Rand Road Arlington Height IL 60004 | J | Association fees 1463 Mercury Lane #221  Value: $ 100,000.00 | | | | $ 4,192.03 | $ 0.00 |
| Account No: 2101  Representing: Country Lane Park Condo Assoc. | | Fosco Fullett Rosnelund PC 1156 Shure Drive #140 Arlington Height IL 60004  Value: | | | | | |
| Account No: ment  Creditor # : 6 Evans National Leasing PO Box 210 Hamburg NY 14075 | J | Equipment Lease  Value: $ 0.00 | | | | $ 2,414.70 | $ 2,414.70 |
| Account No: 2888  Creditor # : 7 G M A C 15303 S 94th Ave Orland Park IL 60462 | H | 2008-05-09  Value: $ 0.00 | | | | $ 0.00 | $ 0.00 |
| Account No: 6710  Creditor # : 8 GreenPoint Mortgage PO Box 1093 Branford CT 06405-8093 | J | Mortgage 158 E. Chicago  Value: $ 250,000.00 | | | | $ 0.00 | $ 0.00 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | $ 6,606.73 | $ 2,414.70 |
| **Total $** (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_                    ,       Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: _1194_ Creditor # : 9 Harris Bank N.A. PO Box 6201 Carol Stream IL 60197-6201 | J | 3rd Mortgage 1430 Falcoln Lane Value: **$ 420,000.00** | | | | **$ 88,829.00** | **$ 88,829.00** |
| Account No: 1194 Representing: Harris Bank N.A. | | Ehrenberg & Egan LLC 330 N. Wabash Suite 2905 Chicago IL 60611 Value: | | | | | |
| Account No: 0315 Creditor # : 10 Harris N A Po Box 94034 Palatine IL 60094 | H | 2005-09-01 7016 N. Rockwell #3 Chicago IL Value: **$ 125,000.00** | | | | **$ 65,226.00** | **$ 65,226.00** |
| Account No: .023 Creditor # : 11 Indian Boundary Condo Assoc. PO Box 597935 Chicago IL 60659 | J | Association fees 7018 N. Rockwell Street Value: **$ 125,000.00** | | | | **$ 1,002.63** | **$ 1,002.63** |
| Account No: .023 Representing: Indian Boundary Condo Assoc. | | Dickler Kahn Slowikowski 85 W Algonquin Rd #420 Arlington Height IL 60005 Value: | | | | | |
| Account No: .022 Creditor # : 12 Indian Boundary Condo Assoc. PO Box 597935 Chicago IL 60659 | J | Value: **$ 0.00** | | | | **$ 1,002.63** | **$ 1,002.63** |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal $ (Total of this page) | **$ 156,060.26** | **$ 156,060.26** |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re *Catanescu, Ovidiu and Maria Catanescu*                    ,        Case No. _____

        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *.022* <br><br> *Representing:* <br> *Indian Boundary Condo Assoc.* | | *Dickler Kahn Slowikowski 85 W. Algonquin Rd #420 Arlington Height IL 60005* <br><br> Value: | | | | | |
| Account No: *0256* <br> *Creditor # : 13* <br> *National City* <br> *Po Box 1820* <br> *Dayton OH 45401-1820* | J | *2550 SW Deckard Street* <br><br> Value: *$ 39,000.00* | | | | *$ 39,059.00* | *$ 59.00* |
| Account No: *0256* <br><br> *Representing:* <br> *National City* | | *David J. Stern Law Offices 900 S. Pine Island Road #400 Plantation FL 33324* <br><br> Value: | | | | | |
| Account No: *0433* <br> *Creditor # : 14* <br> *National City Mortgage* <br> *PO Box 1820* <br> *Dayton OH 45401-1820* | J | *Mortgage* <br> *2550 SW Deckard St. Port St Lucie Fl* <br><br> Value: *$ 39,000.00* | | | | *$ 238,379.00* | *$ 238,379.00* |
| Account No: *0433* <br><br> *Representing:* <br> *National City Mortgage* | | *David J. Stern Law Offices 900 S. Pine Island Road Fort Lauderdale FL 33324* <br><br> Value: | | | | | |
| Account No: <br> *Creditor # : 15* <br> *Sunset California Condo Assoc.* <br> *7 Lake Cornish Court* <br> *Bartlett IL 60103* | | *Association fees* <br> *5335 N. California Unit 302 (3C)  Ave Chicago IL* <br><br> Value: *$ 50,000.00* | | | | *$ 4,960.00* | *$ 4,960.00* |

Sheet no. 3  of  5   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)  *$ 282,398.00*   *$ 243,398.00*

Total $ (Use only on last page)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re *Catanescu, Ovidiu and Maria Catanescu*                    ,    Case No._____
                    **Debtor(s)**                                                       **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *4920*  *Creditor # : 16 Timepayment Corp. 10-M Commerce Way Woburn MA 01801* | | *Equipment Lease*   Value: *$ 0.00* | | | | *$ 9,755.40* | *$ 9,755.40* |
| Account No: *6154*  *Creditor # : 17 Timepayment Corp. 10 M Commerce Way Woburn MA 01801* | | *Equipment Lease*   Value: *$ 0.00* | | | | *$ 13,897.50* | *$ 13,897.50* |
| Account No: *4693*  *Creditor # : 18 WAMU Line of Credit PO Box 78065 Phoenix AZ 85062-8065* | J | *Line of Credit 1463 Mercury Lane #221*   Value: *$ 100,000.00* | | | | *$ 85,782.00* | *$ 0.00* |
| Account No: *4693*  *Representing: WAMU Line of Credit* | | *Chase Bank N.A.*   Value: | | | | | |
| Account No: *3962*  *Creditor # : 19 Washington Mutual PO Box 9001123 Louisville KY 40290-1123* | | *1st Mortgage*   Value: *$ 420,000.00* | | | | *$ 275,940.11* | *$ 0.00* |
| Account No: *6761*  *Creditor # : 20 Washington Mutual PO Box 9001123 Louisville KY 40290-1123* | J | *Mortgage*   Value: *$ 50,000.00* | | | | *$ 165,575.00* | *$ 115,575.00* |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 550,950.01 | $ 139,227.90 |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re *Catanescu, Ovidiu and Maria Catanescu* ,    Case No. _____
_____

**Debtor(s)**    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *6761*  *Representing:* *Washington Mutual* | | *Codilis & Associates* *15 W 030 N. Frontage Road* *Suite 100* *Willowbrook IL 60527*  Value: | | | | | |
| Account No: *6761*  *Representing:* *Washington Mutual* | | *JP Morgan Chase Bank N.A.* *PO Box 100511* *Florence SC 29502-0511*  Value: | | | | | |
| Account No: *9734*  *Creditor # : 21* *Washington Mutual* *PO Box 9001123*  *4029-1123* | J | *Mortgage*  Value: *$ 125,000.00* | | | | *$ 150,399.00* | *$ 25,399.00* |
| Account No: *4537*  *Creditor # : 22* *Washington Mutual* *Po Box 9001123* *Louisville KY 40290-1123* | J | *Mortgage*  Value: *$ 125,000.00* | | | | *$ 151,028.00* | *$ 26,028.00* |
| Account No: *7964*  *Creditor # : 23* *Washington Mutual* *PO Box 78065* *Phoenix AZ 85062-8065* | J | *2nd Mortgage* *1430 Falcon Lane*  Value: *$ 420,000.00* | | | | *$ 245,693.99* | *$ 101,634.10* |
| Account No:  | | Value: | | | | | |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | Subtotal $ (Total of this page) | $ 547,120.99 | $ 153,061.10 |
|---|---|---|---|
| | Total $ (Use only on last page) | $ 1,752,971.99 | $ 694,425.96 |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re _Catanescu, Ovidiu and Maria Catanescu_____,    Case No._____
                          **Debtor(s)**                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Catanescu, Ovidiu and Maria Catanescu_                    ,        Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   7444  Creditor # : 1  ADP Inc.  205 ADP SBS Elks Grove  1851 North Resler Drive  El Paso TX 79912 | | | | | | | $ 93.40 |
| Account No.   7497  Creditor # : 2  ADT  PO Box 551200  Jacksonville FL 32255-1200 | | J | 158 E Chicago, Elgin  American Home Enterprises | | | | $ 2,456.00 |
| Account No.   6360  Creditor # : 3  ADT Security  PO Box 371967  Pittsburgh PA 15250-7967 | | | | | | | $ 1,523.23 |
| Account No.   8817  Creditor # : 4  ADT Security Services  14200 E. Exposition Ave  Aurora CO 80012 | | J | | | | | $ 2,470.20 |

_24_ continuation sheets attached

Subtotal $ | $ 6,542.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____,    Case No._____
                **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6554<br>Creditor # : 5<br>Advanta Bank Corp<br>Po Box 844<br>Spring House PA 19477 | | H | 2008-04-07 | | | | $ 2,745.00 |
| Account No:    9-89<br>Creditor # : 6<br>Altman Dermatology Associates<br>1100 W. Central Road<br>Suite 200<br>Arlington Height IL 60005 | | | Medical Bills | | | | $ 1,435.00 |
| Account No:    2005<br>Creditor # : 7<br>American Express<br>Box 0001<br>Los Angeles CA 90096-0001 | | H | Credit Card Purchases<br>Interbanc Mortgage | | | | $ 8,077.00 |
| Account No:    1006<br>Creditor # : 8<br>American Express<br>Costco<br>Box 0001<br>Los Angeles CA 90096-8000 | | J | Credit Card Purchases<br>Goma Enterprises | | | | $ 2,661.00 |
| Account No:    1006<br>Representing:<br>American Express | | | GC Services LTD<br>PO Box 46960<br>Saint Louis MO 63146 | | | | |
| Account No:    3883<br>Creditor # : 9<br>Amex<br>Po Box 297871<br>Fort Lauderdale FL 33329 | | H | 2003-02-25 | | | | $ 2,661.00 |

Sheet No.  _1_  of  _24_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 17,579.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6903<br>Creditor # : 10<br>Amex<br>Po Box 297871<br>Fort Lauderdale FL 33329 | | H | 1992-10-02 | | | | $ 8,245.00 |
| Account No:   83-5<br>Creditor # : 11<br>Amex Establishment Services<br>PO Box 53773<br>Phoenix AZ 85072-3773 | | J | | | | | $ 250.00 |
| Account No:<br>Creditor # : 12<br>Anthony Madro | | J | Loan | | | | $ 70,000.00 |
| Account No:   4001<br>Creditor # : 13<br>Armark Uniform Services<br>4200 S. Halsted<br>Suite 602<br>Chicago IL 60609 | | J | | | | | $ 250.00 |
| Account No:   rise<br>Creditor # : 14<br>AT&T<br>PO Box 8100<br>Aurora IL 60507-8100 | | J | | | | | $ 996.00 |
| Account No:   rise<br>Representing:<br>AT&T | | | Franklin Collection Service<br>PO Box 3910<br>Tupelo MS 38803-3910 | | | | |

Sheet No.   _2_ of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 79,741.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,   Case No. _____

**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2333 <br> AT&T <br> PO Box 8100 <br> Aurora IL 60507-8100 | | | Creditor # : 15 <br><br> Utility Bills | | | | $ 472.22 |
| Account No:   2333 <br><br> Representing: <br> AT&T | | | West Asset Management <br> 7171 Mercy Road <br> Omaha NE 68106 | | | | |
| Account No:   1338 <br> Banc of America Leasing <br> PO Box 371992 <br> Pittsburgh PA 15250-7992 | | J | Creditor # : 16 <br><br> equipment lease | | | | $ 967.12 |
| Account No:   2417 <br> Bank Of America <br> Po Box 17054 <br> Wilmington DE 19850 | | | Creditor # : 17 <br><br> 2004-12-17 | | | | $ 12,086.00 |
| Account No:   2417 <br><br> Representing: <br> Bank Of America | | | Northstar Location Services LL <br> 4285 Genessee Street <br> Buffalo NY 14225-1943 | | | | |
| Account No:   9275 <br> Bank of America <br> c/o Collectocorp Corp. <br> 455 N. 3rd Street, Suite 260 <br> Phoenix AZ 85004-3924 | | H | Creditor # : 18 <br><br> Credit Card Purchases | | | | $ 12,086.89 |

Sheet No.   3   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,612.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____,   Case No. _____
          **Debtor(s)**                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7375<br><br>Creditor # : 19<br>Bank of America<br>World Points<br>PO Box 15726<br>Wilmington DE 19886-5726 | | H | Credit Card Purchases | | | | $ 21,972.00 |
| Account No:   2177<br><br>Creditor # : 20<br>Bank Of America<br>Po Box 17054<br>Wilmington DE 19850 | | H | 2008-03-08 | | | | $ 22,010.00 |
| Account No:   2177<br><br>Representing:<br>Bank Of America | | | Northstar<br>Buffalo NY 14225-1943 | | | | |
| Account No:<br><br>Creditor # : 21<br>Benjamin Mihai<br>9 Farmington Road<br>Barrington IL 60010 | | J | | | | | $ 45,000.00 |
| Account No:<br><br>Creditor # : 22<br>Brass Tap Beverage Systems Inc<br>668 E. Northwest  Hwy<br>Mount Prospect IL 60056 | | J | | | | | $ 240.00 |
| Account No:   9965<br><br>Creditor # : 23<br>Cap One<br>Po Box 85520<br>Richmond VA 23285 | | J | 1997-02-12 | | | | $ 0.00 |

Sheet No.   4   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 89,222.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____,   Case No._____
           **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3113<br>Creditor # : 24<br>Cbc/evans Natl Leasing<br>1 Grimby Drive<br>Hamburg NY 14075 | | H | 2007-12-01 | | | | $ 0.00 |
| Account No:   5115<br>Creditor # : 25<br>Cbeyond<br>13474 Collections Center Drive<br>Chicago IL 60693 | | J | American Home Enterprises | | | | $ 1,115.00 |
| Account No:   6892<br>Creditor # : 26<br>Cbna<br>1000 Technology Dr<br>O Fallon MO 63368 | | J | 1987-03-01 | | | | $ 8,614.00 |
| Account No:   4402<br>Creditor # : 27<br>Cbna<br>1000 Technology Dr<br>O Fallon MO 63368 | | H | 1994-09-01 | | | | $ 7,549.00 |
| Account No:   escu<br>Creditor # : 28<br>Century 21 AAA Homes<br>724 E Schaumburg Rd<br>Schaumburg IL 60194-3508 | | | Professional fees | | | | $ 1,900.00 |
| Account No:   1838<br>Creditor # : 29<br>Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | | W | Credit Card Purchases | | | | $ 12,700.00 |

Sheet No.   5   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 31,878.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                              Case No._____
**Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1838  Representing: Chase | | | NAFS 165 Lawrence Bell Dr #100 PO Box 9027 Buffalo NY 14231-9027 | | | | |
| Account No:   3048  Creditor # : 30 Chase Po Box 15298 Wilmington DE 19850 | | H | 1999-03-05 | | | | $ 13,891.00 |
| Account No:   1779  Creditor # : 31 Chase Cardmember Service PO Box 15153 Wilmington DE 19886-5153 | | H | Credit Card Purchases | | | | $ 20,901.00 |
| Account No:   1779  Representing: Chase | | | Financial Asset Management PO Box 451409 Atlanta GA 31145-9409 | | | | |
| Account No:   2238  Creditor # : 32 Chase Po Box 15298 Wilmington DE 19850 | | H | 2007-08-02 | | | | $ 13,545.00 |
| Account No:   4584  Creditor # : 33 Chase Po Box 15298 Wilmington DE 19850 | | H | 2007-08-19 | | | | $ 20,901.00 |

Sheet No.   6  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 69,238.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,          Case No. _____
          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4250<br>Creditor # : 34<br>Chase Card Services<br>PO Box 15153<br>Wilmington DE 19886-5153 | | J | Credit Card Purchases<br>Goma Enterprises | | | | $ 3,234.00 |
| Account No: 7299<br>Creditor # : 35<br>Citibank<br>c/o Capital Management Service<br>726 Exchange St. #700<br>Buffalo NY 14210 | | W | Credit Card Purchases | | | | $ 12,888.44 |
| Account No: 5553<br>Creditor # : 36<br>Citibank Client Services<br>PO Box 769013<br>San Antonio TX 78245-9013 | | J | Credit Card Purchases | | | | $ 27,142.34 |
| Account No: 5553<br>Representing:<br>Citibank Client Services | | | Northland Group<br>PO Box 3900905<br>Minneapolis MN 55439 | | | | |
| Account No: 5210<br>Creditor # : 37<br>Citibank Visa<br>PO Box 769006<br>San Antonio TX 78245-9006 | | H | Credit Card Purchases | | | | $ 9,081.00 |
| Account No: 6892<br>Creditor # : 38<br>Citibank Checking Credit Line<br>PO Box 92350<br>  8719-2350 | | W | Credit Card Purchases | | | | $ 9,173.00 |

Sheet No. 7 of 24 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 61,518.78
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____,     Case No._____
               **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0847 *Creditor # : 39 Citibusiness Mastercard PO Box 688906 Des Moines IA 50368-8906* | | H | *Credit Card Purchases Interbanc Mortgage* | | | | $ 26,535.00 |
| Account No:    0847 *Representing: Citibusiness Mastercard* | | | *Northland Group PO Box 390905 Minneapolis MN 55439* | | | | |
| Account No:    8229 *Creditor # : 40 Citicards PO Box 600 The Lakes NV 89163-6000* | | J | *Credit Card Purchases* | | | | $ 31,482.60 |
| Account No:    8229 *Representing: Citicards* | | | *Capital Management Services 726 Exchange Street #700 Buffalo NY 14210* | | | | |
| Account No:    1458 *Creditor # : 41 Citicards Box 6000 The Lakes NV 89163-6000* | | H | *Credit Card Purchases* | | | | $ 10,657.00 |
| Account No:    2221 *Creditor # : 42 Columbia Retail Stearns Crossi 2511 Solutions Center Chicago IL 60677-2005* | | | *Rent in Arrears Restaurant Lease at* | | | | $ 86,613.25 |

Sheet No.  8  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 155,287.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7035<br>Creditor # : 43<br>ComEd<br>Bill Payment Center<br>Chicago IL 60668-0002 | | J | Utility Bills | | | | $ 1,051.99 |
| Account No: 7116<br>Creditor # : 44<br>Commonwealth Edison<br>PO Box 6111<br>Carol Stream IL 60197-6111 | | J | Utility Bills | | | | $ 4,229.91 |
| Account No: 7116<br>Representing:<br>Commonwealth Edison | | | CCS<br>Payment Processing Center 27<br>PO Box 55126<br>Boston MA 02205-5126 | | | | |
| Account No:<br>Creditor # : 45<br>Constantine Ion<br>155 Concord Lane<br>Carol Stream IL 60188 | | J | Loan | | | | $ 30,000.00 |
| Account No: Pub<br>Creditor # : 46<br>Corporate Design & Dev. Group<br>2675 Pratum Ave<br>Hoffman Estates IL 60192 | | H | Professional fees | | | | $ 2,250.00 |
| Account No: Svc<br>Creditor # : 47<br>D&J Accounting & Tax Svcs<br>5543 W. Diversey AVe<br>Chicago IL 60639 | | J | Professional fees | | | | $ 300.00 |

Sheet No. 9 of 24 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 37,831.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                    Case No. _____
          **Debtor(s)**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 48 <br> Datavision Systems Inc. <br> 4804 West Rosemont Ave <br> Chicago IL 60646-4924 | | J | Professional fees | | | | $ 1,904.56 |
| Account No: <br> Creditor # : 49 <br> Dimitrie Costant <br> 6 Gardenwood Drive <br> Ashville NC | | J | | | | | $ 15,000.00 |
| Account No:   3700 <br> Creditor # : 50 <br> Direct TV <br> PO Box 60036 <br> Los Angeles CA 90060-0036 | | J | | | | | $ 48.73 |
| Account No:   3700 <br> Representing: <br> Direct TV | | | Allied Interstate <br> Consumer Service Dept. <br> PO ?Box 361477 <br> Columbus OH 43236 | | | | |
| Account No:   3049 <br> Creditor # : 51 <br> Discover <br> PO Box 6103 <br> Carol Stream IL 60197-6103 | | H | Credit Card Purchases | | | | $ 4,474.00 |
| Account No:   6004 <br> Creditor # : 52 <br> Discover <br> PO Box 6103 <br> Carol Stream IL 60197-6103 | | J | Credit Card Purchases <br> Goma Enterprises | | | | $ 13,680.00 |

Sheet No.   10   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                 $ 35,107.29

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                    Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8530<br><br>Creditor # : 53<br>Discover Card<br>PO Box 6103<br>Carol Stream IL 60197-6103 | | | Credit Card Purchases | | | | $ 13,413.00 |
| Account No: 0398<br><br>Creditor # : 54<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850 | | H | 2008-02-03 | | | | $ 17,221.00 |
| Account No: 0398<br><br>Representing:<br>Discover Fin Svcs Llc | | | CBCS<br>PO Box 163250<br>42316-3250 | | | | |
| Account No: 7056<br><br>Creditor # : 55<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850 | | J | 1986-09-18 | | | | $ 15,747.00 |
| Account No: 9476<br><br>Creditor # : 56<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850 | | H | 2001-05-13 | | | | $ 4,971.00 |
| Account No: 8829<br><br>Creditor # : 57<br>Discover Financial Services<br>PO Box 30954<br>Salt Lake City UT 84130-0954 | | H | | | | | $ 23,737.00 |

Sheet No. _11_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 75,089.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                    Case No. _____
            **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    8829 <br><br>*Representing:* <br>*Discover Financial Services* | | | Jaffe & Asher Law Offices<br>600 Third Ave<br>New York NY 10016-1901 | | | | |
| Account No.    8829 <br><br>*Representing:* <br>*Discover Financial Services* | | | Blitt & Gaines<br>661 Glenn Ave<br>Wheeling IL 60090 | | | | |
| Account No.    6578 <br>*Creditor # : 58*<br>*DSNB Bank Visa*<br>*c/o Plaza Associates*<br>*JAF Station PO Box 2770*<br>*New York NY 10116-2770* | | H | Credit Card Purchases | | | | $ 7,552.88 |
| Account No.    ovis <br>*Creditor # : 59*<br>*Ecolab*<br>*PO Box 73043*<br>*Chicago IL 60673-0343* | | J | Food Supply | | | | $ 325.35 |
| Account No.    ovis <br><br>*Representing:*<br>*Ecolab* | | | Receivables Control Corp.<br>7373 Kirkwood Court<br>Suite 200<br>Osseo MN 55369 | | | | |
| Account No. <br>*Creditor # : 60*<br>*Elgin Broadcasting Co.*<br>*14 Douglas Ave*<br>*Elgin IL 60120* | | J | | | | | $ 1,684.00 |

Sheet No.    12   of     24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 9,562.23
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_                    ,     Case No._____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | *Juergensmeyer & Associates* | | | | |
| *Representing:* *Elgin Broadcasting Co.* | | | *1275 Davis Rd #131* *Elgin IL 60123-1304* | | | | |
| Account No:    *1595* | | J | | | | | $ 490.00 |
| *Creditor # : 61* *Empire Cooler Service Inc.* *940 W. Chciago Ave*   *60642* | | | | | | | |
| Account No: | | J | | | | | $ 2,000.00 |
| *Creditor # : 62* *Eric Davis* | | | | | | | |
| Account No: | | J | *Advertising* | | | | $ 320.00 |
| *Creditor # : 63* *Examiner Publications Inc.* *PO Box 8287* *Bartlett IL 60103* | | | | | | | |
| Account No:    *1711* | | J | | | | | $ 48.00 |
| *Creditor # : 64* *Filter Brite* *3851 Clearview Court* *Suite D* *Gurnee IL 60031* | | | | | | | |
| Account No:    *7244* | | J | *Credit Card Purchases* *Goma Enterprises* | | | | $ 8,800.00 |
| *Creditor # : 65* *First Equity Card Corp.* *PO Box 23029* *Columbus GA 31902-3029* | | | | | | | |

Sheet No.   _13_  of   _24_ continuation sheets attached to Schedule of                                      **Subtotal $**        $ 11,658.00
Creditors Holding Unsecured Nonpriority Claims                                                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____,     Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8145  Creditor # : 66 First Revenue Assurance PO Box 8546 Omaha NE 68108 | | J | | | | | $ 50.95 |
| Account No:   5872  Creditor # : 67 Flood Brothers Disposal PO Box 95229 Palatine IL 60095-0229 | | J | | | | | $ 497.34 |
| Account No:   4927  Creditor # : 68 Gemb/sams Club Po Box 981400 El Paso TX 79998 | | H | 2003-03-16 | | | | $ 0.00 |
| Account No:   9059  Creditor # : 69 GM Card HSBC Card SErvices PO Box 37281 Baltimore MD 21297-3281 | | | Credit Card Purchases | | | | $ 2,561.00 |
| Account No:   2888  Creditor # : 70 GMAC Payment Processing Center PO Box 78369 Phoenix AZ 85062-8369 | | J | Auto Lease Car was returned for portion of unpaid lease term. | | | | $ 9,964.23 |
| Account No:   spub  Creditor # : 71 Greco & Sons 1550 Hecht Road Bartlett IL 60103 | | J | Food Supply | | | | $ 511.97 |

Sheet No. __14__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 13,585.49

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____ ,      Case No. _____
**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  1474  Creditor # : 72 Home Depot PO Box 689100 Henriette MN 50368-9100 | | W | Credit Card Purchases | | | | $ 12,347.00 |
| Account No:  7299  Creditor # : 73 Home Depot Credit Svc PO Box 6925 The Lakes NV 88901-6925 | | W | Credit Card Purchases Goma Enterprises | | | | $ 13,429.00 |
| Account No:  7299  Representing: Home Depot Credit Svc | | | Northland Group Inc. PO Box 390905 Minneapolis MN 55439 | | | | |
| Account No:  9059  Creditor # : 74 Hsbc Bank Po Box 5253 Carol Stream IL 60197 | | J | 1993-02-02 | | | | $ 8,804.00 |
| Account No:  9059  Representing: Hsbc Bank | | | HSBC Mastercard 125 S. Wacker #400 Chicago IL 60606-4440 | | | | |
| Account No:  8412  Creditor # : 75 Hsbc Bank Po Box 5253 Carol Stream IL 60197 | | J | 1993-02-02 | | | | $ 0.00 |

Sheet No. _15_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 34,580.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,          Case No. _____
          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  8535 <br> Creditor # : 76 <br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream IL 60197 | | J | 1993-02-02 | | | | $ 0.00 |
| Account No:  8951 <br> Creditor # : 77 <br> Hsbc/hlzbg <br> Po Box 15524 <br> Wilmington DE 19850 | | H | 2005-05-13 | | | | $ 0.00 |
| Account No:  6989 <br> Creditor # : 78 <br> Hsbc/rs <br> 90 Christiana Rd <br> New Castle DE 19720 | | J | 1998-12-06 | | | | $ 0.00 |
| Account No:  8661 <br> Creditor # : 79 <br> Illinois Dept. Revenue <br> Office of Admin Hearings <br> 100 W. Randolph <br> Chicago IL 60601 | | | sales tax | | | | $ 878.22 |
| Account No: <br> Creditor # : 80 <br> Jordan & Associates <br> 1618 N. Rand Road <br> Arlington Height IL 60004 | | J | | | | | $ 4,855.00 |
| Account No:  1852 <br> Creditor # : 81 <br> Kohls/chase <br> N56 W 17000 Ridgewood Dr <br> Menomonee Falls WI 53051 | | H | 1995-11-25 | | | | $ 0.00 |

Sheet No. __16__ of __24__ continuation sheets attached to Schedule of        Subtotal $      $ 5,733.22
Creditors Holding Unsecured Nonpriority Claims                                     Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,          Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0547 <br> Creditor # : 82 <br> Kroll Factual Data <br> 5200 Hahns Peak Drive <br> Loveland CO 80538 | | W | Professional fees | | | | $ 610.00 |
| Account No:    6578 <br> Creditor # : 83 <br> Macy's Visa <br> PO Box 183084 <br> Columbus OH 43218-3084 | | H | Credit Card Purchases | | | | $ 7,181.00 |
| Account No:    Hour <br> Creditor # : 84 <br> Maria Crasovan <br> 6543 N Artesian <br> Chicago IL 60645-5756 | | J | | | | | $ 2,000.00 |
| Account No:    2333 <br> Creditor # : 85 <br> MacCarb <br> 4616 W. Main St. <br> Dundee IL 60118 | | J | Food Supply | | | | $ 45.00 |
| Account No:    8520 <br> Creditor # : 86 <br> Mcydsnb <br> 9111 Duke Blvd <br> Mason OH 45040 | | J | 1984-12-01 | | | | $ 0.00 |
| Account No:    7020 <br> Creditor # : 87 <br> Mcydsnb <br> 9111 Duke Blvd <br> Mason OH 45040 | | H | 2004-08-01 | | | | $ 0.00 |

Sheet No.  17  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 9,836.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,          Case No. _____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3320 <br> Creditor # : 88 <br> Mcydsnb <br> 9111 Duke Blvd <br> Mason OH 45040 | | H | 2005-05-01 | | | | $ 0.00 |
| Account No:   1834 <br> Creditor # : 89 <br> Mercury Payment Systems <br> 10 Burnett Court #300 <br> Durango CO 81301 | | J | | | | | $ 815.20 |
| Account No:   1834 <br> Representing: <br> Mercury Payment Systems | | | Commercial Services Group Inc. <br> 11603 Shelbyville Road #3 <br> Louisville KY 40243 | | | | |
| Account No: <br> Creditor # : 90 <br> Mona Croitoru <br> 1440 Falcon Lane <br> Hoffman Estates IL 60192 | | J | | | | | $ 20,000.00 |
| Account No:   0311 <br> Creditor # : 91 <br> Nicor Gas <br> PO Box 2020 <br> Aurora IL 60507-2029 | | | Utility Bills | | | | $ 4,153.53 |
| Account No:   3354 <br> Creditor # : 92 <br> Nicor Gas <br> 1844 Ferry Road <br> Naperville IL 60563 | | H | 1995-10-20 | | | | $ 31.00 |

Sheet No. __18__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 24,999.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____ ,     Case No. _____
         **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8145 Creditor # : 93 Nicor Gas PO Box 2020 Aurora IL 60507-2020 | | J | American Home Ent. | | | | $ 52.00 |
| Account No:    6603 Creditor # : 94 Nicor Gas 1844 Ferry Road Naperville IL 60563 | | H | 2003-12-18 | | | | $ 0.00 |
| Account No:    3116 Creditor # : 95 Nicor Gas PO Box 2020 Aurora IL 60507-2020 | | J | Utility Bills | | | | $ 4,311.00 |
| Account No:    3116 Representing: Nicor Gas | | | NCO Financial PO Box 17196 Baltimore MD 21297 | | | | |
| Account No:    CATE Creditor # : 96 Northwest Gastroenterologist 1415 S. Arlington Heights Rd. Arlington Height IL 60005-3765 | | H | 7/09 Medical Bills | | | | $ 1,300.00 |
| Account No:    1C24 Creditor # : 97 Paychex 1000 East Warrenville Rd Suite 200 Naperville IL 60563 | | J | | | | | $ 381.85 |

Sheet No. _19_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 6,044.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4602<br>Creditor # : 98<br>Peoplesene<br>130 E. Randolph Drive<br>Chicago IL 60601 | | H | 2006-05-01 | | | | $ 0.00 |
| Account No:   6268<br>Creditor # : 99<br>Plunkett Furniture<br>Po Box 10475<br>Des Moines IA 50306 | | H | 1999-08-07 | | | | $ 0.00 |
| Account No:   9223<br>Creditor # : 100<br>Pritzlaff Wholesale Meats<br>17025 W. Glendale Dr<br>New Berlin WI 53151 | | J | Food Supply | | | | $ 850.40 |
| Account No:   4010<br>Creditor # : 101<br>Rnb-fields3<br>Po Box 9475<br>Minneapolis MN 55440 | | H | 2001-12-14 | | | | $ 0.00 |
| Account No:   4746<br>Creditor # : 102<br>Society Insurance<br>150 Camelot Drive<br>PO Box 1029<br>Fond du Lac WI 54936-1029 | | J | | | | | $ 132.58 |
| Account No:   4746<br>Representing:<br>Society Insurance | | | CCI<br>PO Box 477<br>Oak Creek WI 53154 | | | | |

Sheet No.   20   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 982.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____ ,          Case No. _____
         **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0358  Creditor # : 103  St. Hubert School  PO Box 11731  Newark NJ 07101-4731 | | | | | | | $ 632.50 |
| Account No:    1870  Creditor # : 104  Stearns Crossing  c/o Columbia Retail  2511 Solutions Center  Chicago IL 60677-2005 | | J | Rent in Arrears | | | | $ 85,000.00 |
| Account No:    7957  Creditor # : 105  Suburban Life Publications  1101 W. 31st Street #100  Downers Grove IL 60515-5581 | | J | Advertising | | | | $ 1,500.00 |
| Account No:    2699  Creditor # : 106  Superior Knife Inc.  8120 N. Central Park Ave  Skokie IL 60076-2907 | | J | | | | | $ 500.00 |
| Account No:    8180  Creditor # : 107  Supreme Lobster  320 E. North Avenue  Villa Park IL 60181-1221 | | J | Food Supply | | | | $ 1,025.53 |
| Account No:    0436  Creditor # : 108  Sysco Food Service  250 Wieboldt Drive  Des Plaines IL 60016 | | J | Food Supply  Account # 4830903 & 4830904 | | | | $ 5,535.45 |

Sheet No. _21_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 94,193.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_____ ,     Case No._____
      **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0436 **Representing: Sysco Food Service** | | | **Biehl & Biehl PO Box 87410 Carol Stream IL 60188-7410** | | | | |
| Account No.    4642 **Creditor # : 109 Target Nb Po Box 673 Minneapolis MN 55440** | | H | 2004-06-17 | | | | $ 0.00 |
| Account No.    4549 **Creditor # : 110 Terminix PO Box 742592 Cincinnati OH 45274-2592** | | J | | | | | $ 165.00 |
| Account No.    0194 **Creditor # : 111 Thd/cbsd Po Box 6497 Sioux Falls SD 57117** | | H | 2006-04-03 | | | | $ 0.00 |
| Account No.    1474 **Creditor # : 112 Thd/cbsd Po Box 6497 Sioux Falls SD 57117** | | H | 2007-08-03 | | | | $ 13,728.00 |
| Account No.    6900 **Creditor # : 113 T-Mobile PO Box 2400 Young America MN 55553-2400** | | | **Telephone bills** | | | | $ 329.36 |

Sheet No.  22  of   24  continuation sheets attached to Schedule of             **Subtotal $**      **$ 14,222.36**
Creditors Holding Unsecured Nonpriority Claims                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                    Case No. _____

**Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    6900 *Representing:* T-Mobile | | | Mitchell N. Kay PC PO Box 2374 Chicago IL 60690-2374 | | | | |
| Account No.    9925 Creditor # : 114 Turano Baking Co. 6501 West Roosevelt Road Berwyn IL 60402 | | J | Food Supply | | | | $ 255.35 |
| Account No.    7957 Creditor # : 115 Turtle Crossing Food Corp. 1174 Morning Glory Lane Bartlett IL 60103 | | J | Food Supply | | | | $ 52.00 |
| Account No.    6578 Creditor # : 116 Visdsnb 9111 Duke Blvd Mason OH 45040 | | H | 2006-12-22 | | | | $ 7,553.00 |
| Account No.    6049 Creditor # : 117 WAMU Line of Credit PO Box 78065 Phoenix AZ 85062-8065 | | J | | | | | $ 1,332.00 |
| Account No.    6049 *Representing:* WAMU Line of Credit | | | West Asset Management PO Box 790113 Saint Louis MO 63179-0113 | | | | |

Sheet No. __23__ of ___24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 9,192.35
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Catanescu, Ovidiu and Maria Catanescu_ ,                              Case No. _____
           **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3984<br>Creditor # : 118<br>Wentworth Gallery<br>1118 Nw 159th Dr<br>Miami FL 33169 | | H | 2005-08-09 | | | | $ 0.00 |
| Account No:   5193<br>Creditor # : 119<br>Wfnnb/dress Barn<br>Po Box 182273<br>Columbus OH 43218 | | H | 2005-08-19 | | | | $ 0.00 |
| Account No:   0.66<br>Creditor # : 120<br>Wirtz Beverage Illinois<br>1925 Busse Road<br>Elk Grove Villag IL 60007 | | J | Food Supply | | | | $ 0.00 |
| Account No:   0.66<br>Representing:<br>Wirtz Beverage Illinois | | | Abrams & Abrams PC<br>180 W. Washington #910<br>Chicago IL 60602 | | | | |
| Account No:   NN3C<br>Creditor # : 121<br>Yellowbook<br>6300 C Street<br>Cedar Rapids IA 52404-7470 | | | | | | | $ 222.32 |
| Account No: | | | | | | | |

Sheet No.   24   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 222.32

Total $   $ 919,460.89

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Catanescu, Ovidiu and Maria Catanescu_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Banc of America Leasing Administration Center_ <br> _PO Box 7023_ <br> _Troy MI  48007-7023_ | Contract Type: _Equipment lease_ <br> Terms: _266.11 month for 60 months_ <br> Beginning date: _8/10/2007_ <br> Debtor's Interest: _Lessor_ <br> Description: _Electronic restaurant equipment_ <br><br> Buyout Option: |
| _Evans National Leasing_ <br> _PO Box 210_ <br> _Hamburg NY  14075_ | Contract Type: _Equipment lease_ <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: _Bar equipment_ <br><br> Buyout Option: |
| _GMAC_ <br> _PO Box 380905_ <br> _Minneapolis MN  55438-0905_ | Contract Type: _Vehicle lease_ <br> Terms: _546 .09 per month_ <br> Beginning date: <br> Debtor's Interest: <br> Description: _Lease of 08 Cadi CTS_ <br><br> Buyout Option: |
| _Kingswood Leasing Inc._ <br> _PO Box 729 16 Lehner Street_ <br> _Wolfeboro Falls NH  03896_ | Contract Type: _Equipment lease_ <br> Terms: _$753.09 for 36 months_ <br> Beginning date: _9/7/2007_ <br> Debtor's Interest: _Lessor_ <br> Description: _Bar equipment, sinks, tables_ <br><br> Buyout Option: _$1.00 out_ |
| _Columbia Retail Stearns Crossi_ <br> _Columbia Retail/Stearns Crossi_ <br> _Oak Brook IL  60523_ | Contract Type: _Non-residential lease * *_ <br> Terms: _approx $5500/month; annual escalation; expires 2011_ <br> Beginning date: <br> Debtor's Interest: _Lessor_ <br> Description: _Restaurant lease, 2800 square feet at 1075 Stearns Road, Bartlett, IL_ <br><br> Buyout Option: |

B6G (Official Form 6G) (12/07)

In re _Catanescu, Ovidiu and Maria Catanescu_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Time Payment Corp._<br>_10 M Commerce Way_<br>_Woburn MA   01801_ | Contract Type: _Equipment lease_<br>Terms: _509.11 for 38 months_<br>Beginning date: _12/21/2007_<br>Debtor's Interest: _Lessor_<br>Description: _Freezer_<br><br>Buyout Option: _Surrender equipment and pay $4,990.00_ |
| _Time Payment Corp._<br>_10 M Commerce Way_<br>_Woburn MA   01801_ | Contract Type: _Equipment lease_<br>Terms: _453.85 for 48 months_<br>Beginning date: _11/9/2007_<br>Debtor's Interest: _Lessor_<br>Description: _Refrigeration system for restaurant_<br><br>Buyout Option: _Surrender equipment and pay $6,990.00_ |

B6H (Official Form 6H) (12/07)

In re _Catanescu, Ovidiu and Maria Catanescu_ _____ / Debtor      Case No. _____
                                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

**In re** *Catanescu, Ovidiu and Maria Catanescu* ,    **Case No.** _____

                              **Debtor(s)**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S): *Son* *Son* | AGE(S): *15* *18* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Mortgage Sales Consultant* | *Realtor* |
| Name of Employer | *JP Morgan Chase* | *Century 21 1st Class Homes* |
| How Long Employed | *started 12/28/2009* | |
| Address of Employer | *3050 Highland Parkway* *Downers Grove IL  60515* | *725 E Schaumburg Road* *Schaumburg IL  60194* |
| Occupation | *Self Employed* | *Self-employed* |
| Name of Employer | *Ovi's Pub* | *Ovi's pub* |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 502.67 | $ | 502.67 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 502.67 | $ | 502.67 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | 164.67 | $ | 169.00 |
|   b. Insurance | $ | 0.00 | $ | 0.00 |
|   c. Union dues | $ | 0.00 | $ | 0.00 |
|   d. Other  (Specify): | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 164.67 | $ | 169.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 338.00 | $ | 333.67 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance   (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income   (Specify): *Wife's job as Realtor* | $ | 0.00 | $ | 1,000.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 1,000.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | 338.00 | $ | 1,333.67 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | **$      1,671.67** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re Catanescu, Ovidiu and Maria Catanescu                                    ,        Case No. _____
                                 **Debtor(s)**                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|     a. Are real estate taxes included?   Yes ☐ No ☒ | |
|     b. Is property insurance included?   Yes ☐ No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 0.00 |
|           b. Water and sewer | $ 0.00 |
|           c. Telephone | $ 0.00 |
|           d. Other | $ 0.00 |
|           Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 0.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 0.00 |
|     e. Other | $ 0.00 |
|     Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other: | $ 0.00 |
|     c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
|     Other: | $ 0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 0.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Average monthly income from Line 16 of Schedule I | $ 1,671.67 |
|     b. Average monthly expenses from Line 18 above | $ 0.00 |
|     c. Monthly net income (a. minus b.) | $ 1,671.67 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Catanescu, Ovidiu and Maria Catanescu*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *2* | $    1,126,500.00 | | |
| B-Personal Property | *Yes* | *3* | $      24,815.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *6* | | $    1,752,971.99 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $           0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *25* | | $      919,460.89 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *2* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      1,671.67 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $          0.00 |
| TOTAL | | 43 | $    1,151,315.00 | $    2,672,432.88 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Catanescu, Ovidiu and Maria Catanescu*

Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _Catanescu, Ovidiu and Maria Catanescu_                                    Case No. _____
                                    Debtor                                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _1/6/2010_____          Signature  _/s/ Catanescu, Ovidiu_____
                                                    _Catanescu, Ovidiu_


Date: _1/6/2010_____          Signature  _/s/ Maria Catanescu_____
                                                    _Maria Catanescu_

                                    [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Catanescu, Ovidiu*                                    Case No.
     *dba Goma Enterprises, Inc.,*
     *dba American Home Enterprises, Inc.*
     *dba Ovi's Pub*
     *dba Interbanc Mortgage Services, Inc.*
     *and*
     *Maria Catanescu*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2009:   $22,600* | *Ovi's Pub and wife's job as Realtor for Century 21 1st Class Homes Schaumburg* |
| *2008: $5,200* | *Ovi began job on December 28, 2009 as Mortgage Sales Consultant for JP Morgan Chase.* |
| | *Ovi's Pub* |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

a joint petition is  not  filed.)

## 3. Payments to creditors

None

☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

None

☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *National City Bank v.  Catanescu Case No. 562008CA007506* | *Foreclosure of 2550 SW Deckard St., Port St. Lucie, FL* | *Circuit Court, St. Lucie County, Florida* | *Judicial Sale 6/20/2009* |
| *JP Morgan Chase v. 5335 N. California, Catanescu 09 CH 07248* | *Foreclosure* | *Cook County, IL* | |
| *National City Bank v. Benjamin Mihai, case # 56-2008-CA-007526* | *Foreclosure* | *St. Lucie County, Florida* | |
| *Board of Managers of Indian Boundary Park Condo Assoc. v. Catanescu 09 M1 709956* | *Collection* | *Cook County, Illinois* | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Board of Managers of Indian Boundary Park Condo Assoc. v. Catanescu 09 M1 709955* | *Collection* | *Cook County, Illinois* | |
| *DFS Services LLC v. Ovidiu Catanescu 09 M1 122094* | *Collection* | *Cook County, IL* | *Order for default entered 7/2009* |
| *Columbia Retail Stearns Crossing LLC v. Goma Enterprises, Ovi and Maria Catanescu* | *Forcible* | *DuPage County, Illinois* | |
| *HSBC Nevada v. Ovidiu Catanescu 09 M1 186802* | *Collection* | *Cook County Illinois* | |
| *JP Morgan Chase v. Catanescu 09 CH 51456* | *Foreclosure of 7016 N. Rockwell Chicago IL* | *Circuit Court Cook County Chancery Division* | *Pending* |
| *JP Morgan Chase v. Catanescu et.a. 09 CH 45156* | *Foreclosure of 7018 N. Rockwell Chicago IL* | *Cook County Chancery Division* | *Pending* |
| *Illinois Department of Revenue v. Goma Enterprises* | *Administrative Hearing into nonfiling of ST-1 sales tax forms.* | *Thompson Center* | *Revocation of certificate of registration* |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *GMAC Financing PO Box 380905 Minneapolis MN 55438-0905* | | *Lease of 2008 Cadillac CTS; car reposessed* |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: National City Bank*<br>*Address:* | | *Description: 2550 W. Deckard Street*<br>*Port St. Lulcie FL*<br>*Value: $10,000* |
| *Name: GMAC Financing*<br>*Address:PO Box 618*<br>*Minneapolis MN 55440* | *March, 2009* | *Description: 2008 Cadi CTS*<br>*Value: Leased*<br>*Sold by GMAC in March; balance due*<br>*of $9964.23* |

## 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jeffrey Strange*<br>*Address:*<br>*717 Ridge*<br>*Wilmette, IL 60091* | *Date of Payment:*<br>*Payor: Catanescu, Ovidiu* | *$3,500.00* |
| *Hummingbird Credit Counseling* | *12/28/09* | *$100.00* |

Statement of Affairs - Page 4

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF
TRANSFEREE, RELATIONSHIP TO DEBTOR     DATE     DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

*4 lots sold on Kestor Dr, Port*     *2/27/2009*     *Short sale*
*St. Lucie, Florida*

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

**11. Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses  in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses  in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Ovi's Pub & Restaurant* | *ID: 9149* | *1075 Stearns Road Bartlett IL 60103* | *Bar & restaurant* | *2007-2009* |
| *Goma Enterprises, Inc.* | *ID:9149* | *1430 Falcon Lane Hoffman Estates* | | |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| | | IL 60192 | | |
| American Home Enterprise | ID: | | | |
| Interbanc Mortgage Service | ID: | | | |
| Interbanc Enterprise | ID: | | Owns 8% share of slaughterhouse in Lezno, Poland | |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED

Jordan & Associates LTD                                              Dates:
1618 Rand Road
Arlington Heights IL 60004-4015

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| *Olimpia Mihai*<br>*9 Farmington Road*<br>*South Barrington IL 60010* | *Partnership interest in*<br>*Interbanc Mortgage Services, Inc.* | *Percent:*<br>*2%* |
| *Benjamin Mihai*<br>*9 Farmington Road*<br>*South Barrington IL 60010* | *Partnership in Interbanc*<br>*Enterprise, Inc.* | *Percent:* |

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distribution by a corporation

None

☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

### 24. Tax Consolidation Group.

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

### 25. Pension Funds.

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____        Signature  _*/s/ Catanescu, Ovidiu*_____
of Debtor

Date _____        Signature  _*/s/ Maria Catanescu*_____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Catanescu, Ovidiu and Maria Catanescu*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____    Debtor: */s/ Catanescu, Ovidiu* _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Catanescu, Ovidiu and Maria Catanescu*

Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____   Debtor: */s/ Maria Catanescu* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Catanescu, Ovidiu and Maria Catanescu*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Washington Mutual* | *1430 Falcon Lane Hoffman Estates IL* |

Property will be (check one) :
☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
☒ Claimed as exempt    ☐ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Washington Mutual* | *1430 Falcon Lane Hoffman Estates IL* |

Property will be (check one) :
☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
☒ Claimed as exempt    ☐ Not claimed as exempt

Property No. *3*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Harris Bank N.A.* | *1430 Falcon Lane Hoffman Estates IL* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt   ☐ Not claimed as exempt

Property No. *4*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Timepayment Corp.* | *Refrigeration equipment* |

Property will be (check one) :

☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☒ Not claimed as exempt

Property No. *5*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *American Honda Finance* | *Acura RDX 2007* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt   ☒ Not claimed as exempt

| Property No. | 6 |

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| **Chase** | **1430 Falcon Lane Hoffman Estates IL** |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | 1 |

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| **Time Payment Corp.** | **Refrigeration system for restaurant** | ☐ Yes     ☒ No |

| Property No. | 2 |

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| **Time Payment Corp.** | **Freezer** | ☐ Yes     ☒ No |

| Property No. | 3 |

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| **Banc of America Leasing** | **Electronic restaurant equipment** | ☐ Yes     ☒ No |

| Property No. | 4 |

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| **Kingswood Leasing Inc.** | **Bar equipment, sinks, tables** | ☐ Yes     ☒ No |

| Property No. | 5 |

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| **Columbia Retail Stearns Crossi** | **Restaurant lease, 2800 square feet at 1075 Stearns Road, Bartlett, IL** | ☐ Yes     ☒ No |

B 8 (Official Form 8) (12/08)

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt
and/or personal property subject to an unexpired lease.

Date: _____        Debtor:  _/s/ Catanescu, Ovidiu_ _____

Date: _____        Joint Debtor:  _/s/ Maria Catanescu_ _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Catanescu, Ovidiu*                                              Case No.
*dba Goma Enterprises, Inc.,*                              Chapter  *7*
*dba American Home Enterprises, Inc.*
*dba Ovi's Pub*
*dba Interbanc Mortgage Services, Inc.*
*and*
*Maria Catanescu*

_____ / Debtor

Attorney for Debtor:   *Jeffrey Strange*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . $_____*3,500.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*3,500.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3.  $_____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:                          Respectfully submitted,


                            X */s/ Jeffrey Strange*
        Attorney for Petitioner: *Jeffrey Strange*
                            *Jeffrey Strange & Associates*
                            *717 Ridge*
                            *Wilmette IL  60091*


                            *847-256-7377*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Catanescu, Ovidiu*
  *dba Goma Enterprises, Inc.,*
  *dba American Home Enterprises, Inc.*
  *dba Oví's Pub*
  *dba Interbanc Mortgage Services, Inc.*
  *and*
  *Maria Catanescu*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Jeffrey Strange*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Catanescu, Ovidiu* _____
Debtor

*/s/ Maria Catanescu* _____
Joint Debtor

Northshore
Acct#: 2177
Buffalo, NY  14225-1943

Abrams & Abrams PC
Acct#: 0.66
180 W. Washington #910
Chicago, IL  60602

ADP Inc.
Acct#: 7444
205 ADP SBS Elks Grove
1851 North Resler Drive
El Paso, TX  79912

ADT
Acct#: 7497
PO Box 551200
Jacksonville, FL  32255-1200

ADT Security
Acct#: 6360
PO Box 371967
Pittsburgh, PA  15250-7967

ADT Security Services
Acct#: 8817
14200 E. Exposition Ave
Aurora, CO  80012

Advanta Bank Corp
Acct#: 6554
Po Box 844
Spring House, PA  19477

Allied Interstate
Acct#: 3700
Consumer Service Dept.
PO ?Box 361477
Columbus, OH  43236

Altman Dermatology Associates
Acct#: 9-89
1100 W. Central Road
Suite 200
Arlington Height, IL  60005

American Express
Acct#: 2005
Box 0001
Los Angeles, CA  90096-0001

American Express
Acct#: 1006
Costco
Box 0001
Los Angeles, CA  90096-8000

American Honda Finance
Acct#: 2620
2170 Point Blvd Ste 100
Elgin, IL  60123

Amex
Acct#: 3883
Po Box 297871
Fort Lauderdale, FL  33329

Amex
Acct#: 6903
Po Box 297871
Fort Lauderdale, FL  33329

Amex Establishment Services
Acct#: 83-5
PO Box 53773
Phoenix, AZ  85072-3773

Anthony Madro

Armark Uniform Services
Acct#: 4001
4200 S. Halsted
Suite 602
Chicago, IL  60609

AT&T
Acct#: rise
PO Box 8100
Aurora, IL  60507-8100

AT&T
Acct#: 2333
PO Box 8100
Aurora, IL  60507-8100

Banc of America Leasing
Administration Center
PO Box 7023
Troy, MI  48007-7023

Banc of America Leasing
Acct#: 1338
PO Box 371992
Pittsburgh, PA  15250-7992

Bank of America
Acct#: 7375
World Points
PO Box 15726
Wilmington, DE  19886-5726

Bank Of America
Acct#: 2417
Po Box 17054
Wilmington, DE  19850

Bank One
Acct#: 2177
Po Box 17054
Wilmington, DE  19850

Bank of America
Acct#: 9275
c/o Collectocorp Corp.
455 N. 3rd Street, Suite 260
Phoenix, AZ  85004-3924

Benjamin Mihai
9 Farmington Road
Barrington, IL  60010

Biehl & Biehl
Acct#: 0436
PO Box 87410
Carol Stream, IL  60188-7410

Blitt & Gaines
Acct#: 8829
661 Glenn Ave
Wheeling, IL  60090

Brass Tap Beverage Systems Inc
668 E. Northwest  Hwy
Mount Prospect, IL  60056

HSBC Mastercard
Acct#: 9059
125 S. Wacker #400
Chicago, IL  60606-4440

Cap One
Acct#: 9965
Po Box 85520
Richmond, VA  23285

Capital Management Services
Acct#: 8229
726 Exchange Street #700
Buffalo, NY  14210

Capital One
Acct#: 6710
PO Box 1710
Mattituck, NY  11952

Catanescu, Ovidiu
1430 Falcon Lane
Hoffman Estates, IL  60192-4543

Maria Catanescu
1430 Falcon Lane
Hoffman Estates, IL  60192

Cbc/evans Natl Leasing
Acct#: 3113
1 Grimby Drive
Hamburg, NY  14075

CBCS
Acct#: 0398
PO Box 163250
  42316-3250

Cbeyond
Acct#: 5115
13474 Collections Center Drive
Chicago, IL  60693

Cbna
Acct#: 6892
1000 Technology Dr
O Fallon, MO  63368

Cbna
Acct#: 4402
1000 Technology Dr
O Fallon, MO  63368

CCI
Acct#: 4746
PO Box 477
Oak Creek, WI  53154

CCS
Acct#: 7116
Payment Processing Center 27
PO Box 55126
Boston, MA  02205-5126

Century 21 AAA Homes
Acct#: escu
724 E Schaumburg Rd
Schaumburg, IL  60194-3508

Chase
Acct#: 4584
Po Box 15298
Wilmington, DE  19850

Chase
Acct#: 3048
Po Box 15298
Wilmington, DE  19850

Chase
Acct#: 7964
Po Box 901039
Fort Worth, TX  76101

Chase
Acct#: 2238
Po Box 15298
Wilmington, DE  19850

Chase
Acct#: 4693
Po Box 901039
Fort Worth, TX  76101

Chase
Acct#: 1779
Cardmember Service
PO Box 15153
Wilmington, DE  19886-5153

Chase
Acct#: 1838
PO Box 15153
Wilmington, DE  19886-5153

Chase Bank N.A.
Acct#: 4693

Chase Card Services
Acct#: 4250
PO Box 15153
Wilmington, DE  19886-5153

Citibank Visa
Acct#: 5210
PO Box 769006
San Antonio, TX  78245-9006

Citibank
Acct#: 7299
c/o Capital Management Service
726 Exchange St. #700
Buffalo, NY  14210

Citibank Client Services
Acct#: 5553
PO Box 769013
San Antonio, TX  78245-9013

Citibank Checking Credit Line
Acct#: 6892
PO Box 92350
  8719-2350

Citibusiness Mastercard
Acct#: 0847
PO Box 688906
Des Moines, IA  50368-8906

Citicards
Acct#: 1458
Box 6000
The Lakes, NV  89163-6000

Citicards
Acct#: 8229
PO Box 600
The Lakes, NV  89163-6000

Codilis & Associates
Acct#: 6761
15 W 030 N. Frontage Road
Suite 100
Willowbrook, IL  60527

Columbia Cement Steel Strapping
Acct#: 2221
2511 Solutions Center
Chicago, IL  60677-2005

ComEd
Acct#: 7035
Bill Payment Center
Chicago, IL  60668-0002

Commercial Services Group Inc.
Acct#: 1834
11603 Shelbyville Road #3
Louisville, KY  40243

Commonwealth Edison
Acct#: 7116
PO Box 6111
Carol Stream, IL  60197-6111

Constantine Ion
155 Concord Lane
Carol Stream, IL  60188

Corporate Design & Dev. Group
Acct#:  Pub
2675 Pratum Ave
Hoffman Estates, IL  60192

Country Lane Park Condo Assoc.
Acct#: 2101
McGill Management Inc.
1314 N. Rand Road
Arlington Height, IL  60004

D&J Accounting & Tax Svcs
Acct#:  Svc
5543 W. Diversey AVe
Chicago, IL  60639

Datavision Systems Inc.
4804 West Rosemont Ave
Chicago, IL  60646-4924

David J. Stern Law Offices
Acct#: 0256
900 S. Pine Island Road #400
Plantation, FL  33324

David J. Stern Law Offices
Acct#: 0433
900 S. Pine Island Road
Fort Lauderdale, FL  33324

Dickler Kahn Slowikowski
Acct#: .022
85 W. Algonquin Rd #420
Arlington Height, IL  60005

Dickler Kahn Slowikowski
Acct#: .023
85 W Algonquin Rd #420
Arlington Height, IL  60005

Dimitrie Costant
6 Gardenwood Drive
Ashville, NC

Direct TV
Acct#: 3700
PO Box 60036
Los Angeles, CA  90060-0036

Discover
Acct#: 6004
PO Box 6103
Carol Stream, IL  60197-6103

Discover
Acct#: 3049
PO Box 6103
Carol Stream, IL  60197-6103

Discover Card
Acct#: 8530
PO Box 6103
Carol Stream, IL  60197-6103

Discover Fin Svcs Llc
Acct#: 0398
Po Box 15316
Wilmington, DE  19850

Discover Fin Svcs Llc
Acct#: 7056
Po Box 15316
Wilmington, DE  19850

Discover Fin Svcs Llc
Acct#: 9476
Po Box 15316
Wilmington, DE  19850

Discover Financial Services
Acct#: 8829
PO Box 30954
Salt Lake City, UT  84130-0954

DSNB Bank Visa
Acct#: 6578
c/o Plaza Associates
JAF Station PO Box 2770
New York, NY  10116-2770

Ecolab
Acct#: ovis
PO Box 73043
Chicago, IL  60673-0343

Ehrenberg & Egan LLC
Acct#: 1194
330 N. Wabash
Suite 2905
Chicago, IL  60611

Elgin Broadcasting Co.
14 Douglas Ave
Elgin, IL  60120

Empire Cooler Service Inc.
Acct#: 1595
940 W. Chciago Ave
   60642

Eric Davis

Evans National Leasing
Acct#: ment
PO Box 210
Hamburg, NY  14075

Evans National Leasing
PO Box 210
Hamburg, NY  14075

Examiner Publications Inc.
PO Box 8287
Bartlett, IL  60103

Filter Brite
Acct#: 1711
3851 Clearview Court
Suite D
Gurnee, IL  60031

Financial Asset Management
Acct#: 1779
PO Box 451409
Atlanta, GA  31145-9409

First Equity Card Corp.
Acct#: 7244
PO Box 23029
Columbus, GA  31902-3029

First Revenue Assurance
Acct#: 8145
PO Box 8546
Omaha, NE  68108

Flood Brothers Disposal
Acct#: 5872
PO Box 95229
Palatine, IL  60095-0229

Fosco Fullett Rosnelund PC
Acct#: 2101
1156 Shure Drive #140
Arlington Height, IL  60004

Franklin Collection Service
Acct#: rise
PO Box 3910
Tupelo, MS  38803-3910

G M A C
Acct#: 2888
15303 S 94th Ave
Orland Park, IL  60462

GC Services LTD
Acct#: 1006
PO Box 46960
Saint Louis, MO  63146

Gemb/sams Club
Acct#: 4927
Po Box 981400
El Paso, TX  79998

GM Card
Acct#: 9059
HSBC Card SErvices
PO Box 37281
Baltimore, MD  21297-3281

GMAC
PO Box 380905
Minneapolis, MN  55438-0905

GMAC
Acct#: 2888
Payment Processing Center
PO Box 78369
Phoenix, AZ  85062-8369

Greco & Sons
Acct#: spub
1550 Hecht Road
Bartlett, IL  60103

GreenPoint Mortgage
Acct#: 6710
PO Box 1093
Branford, CT  06405-8093

Harris Bank N.A.
Acct#: 1194
PO Box 6201
Carol Stream, IL  60197-6201

Harris N A
Acct#: 0315
Po Box 94034
Palatine, IL  60094

Home Depot
Acct#: 1474
PO Box 689100
Henriette, MN  50368-9100

Home Depot Credit Svc
Acct#: 7299
PO Box 6925
The Lakes, NV  88901-6925

Hsbc Bank
Acct#: 9059
Po Box 5253
Carol Stream, IL  60197

Hsbc Bank
Acct#: 8412
Po Box 5253
Carol Stream, IL  60197

Hsbc Bank
Acct#: 8535
Po Box 5253
Carol Stream, IL  60197

Hsbc/hlzbg
Acct#: 8951
Po Box 15524
Wilmington, DE  19850

Hsbc/rs
Acct#: 6989
90 Christiana Rd
New Castle, DE  19720

Illinois Dept. Revenue
Acct#: 8661
Office of Admin Hearings
100 W. Randolph
Chicago, IL  60601

Indian Boundary Condo Assoc.
Acct#: .022
PO Box 597935
Chicago, IL  60659

Indian Boundary Condo Assoc.
Acct#: .023
PO Box 597935
Chicago, IL  60659

Jaffe & Asher Law Offices
Acct#: 8829
600 Third Ave
New York, NY  10016-1901

Jeffrey Strange
717 Ridge
Wilmette, IL  60091

Jordan & Associates
1618 N. Rand Road
Arlington Height, IL  60004

JP Morgan Chase Bank NA
Acct#: 6761
PO Box 100511
Florence, SC  29502-0511

Juergensmeyer & Associates
1275 Davis Rd #131
Elgin, IL  60123-1304

Kingswood Leasing Inc.
PO Box 729 16 Lehner Street
Wolfeboro Falls, NH  03896

Kohls/chase
Acct#: 1852
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051

Kroll Factual Data
Acct#: 0547
5200 Hahns Peak Drive
Loveland, CO  80538

Macy's Visa
Acct#: 6578
PO Box 183084
Columbus, OH  43218-3084

Maria Catanescu
143j0 Falcon Lane
Hoffman Estates, IL  60192

Maria Crasovan
Acct#: Hour
6543 N Artesian
Chicago, IL  60645-5756

MacCarb
Acct#: 2333
4616 W. Main St.
Dundee, IL  60118

Mcydsnb
Acct#: 7020
9111 Duke Blvd
Mason, OH  45040

Mcydsnb
Acct#: 8520
9111 Duke Blvd
Mason, OH  45040

Mcydsnb
Acct#: 3320
9111 Duke Blvd
Mason, OH  45040

Mercury Payment Systems
Acct#: 1834
10 Burnett Court #300
Durango, CO  81301

Mitchell N. Kay PC
Acct#: 6900
PO Box 2374
Chicago, IL  60690-2374

Mona Croitoru
1440 Falcon Lane
Hoffman Estates, IL  60192

NAFS
Acct#: 1838
165 Lawrence Bell Dr #100
PO Box 9027
Buffalo, NY  14231-9027

National City
Acct#: 0256
Po Box 1820
Dayton, OH  45401-1820

National City Mortgage
Acct#: 0433
PO Box 1820
Dayton, OH  45401-1820

NCO Financial
Acct#: 3116
PO Box 17196
Baltimore, MD  21297

Nicor Gas
Acct#: 0311
PO Box 2020
Aurora, IL  60507-2029

Nicor Gas
Acct#: 8145
PO Box 2020
Aurora, IL  60507-2020

Nicor Gas
Acct#: 3354
1844 Ferry Road
Naperville, IL  60563

Nicor Gas
Acct#: 6603
1844 Ferry Road
Naperville, IL  60563

Nicor Gas
Acct#: 3116
PO Box 2020
Aurora, IL  60507-2020

Northland Group
Acct#: 5553
PO Box 3900905
Minneapolis, MN  55439

```
Northland Group
Acct#: 0847
PO Box 390905
Minneapolis, MN  55439

Northland Group Inc.
Acct#: 7299
PO Box 390905
Minneapolis, MN  55439

Northstar Location Services LL
Acct#: 2417
4285 Genessee Street
Buffalo, NY  14225-1943

Northwest Gastroenterologist
Acct#: CATE
1415 S. Arlington Heights Rd.
Arlington Height, IL  60005-3765

Paychex
Acct#: 1C24
1000 East Warrenville Rd
Suite 200
Naperville, IL  60563

Peoplesene
Acct#: 4602
130 E. Randolph Drive
Chicago, IL  60601

Plunkett Furniture
Acct#: 6268
Po Box 10475
Des Moines, IA  50306

Pritzlaff Wholesale Meats
Acct#: 9223
17025 W. Glendale Dr
New Berlin, WI  53151

Receivables Control Corp.
Acct#: ovis
7373 Kirkwood Court
Suite 200
Osseo, MN  55369

Columbia Retail Stearns Crossi
Columbia Retail/Stearns Crossi
Oak Brook, IL  60523

Rnb-fields3
Acct#: 4010
Po Box 9475
Minneapolis, MN  55440

Society Insurance
Acct#: 4746
150 Camelot Drive
PO Box 1029
Fond du Lac, WI  54936-1029
```

St. Hubert School
Acct#: 0358
PO Box 11731
Newark, NJ  07101-4731

Stearns Crossing
Acct#: 1870
c/o Columbia Retail
2511 Solutions Center
Chicago, IL  60677-2005

Suburban Life Publications
Acct#: 7957
1101 W. 31st Street #100
Downers Grove, IL  60515-5581

Sunset California Condo Assoc.
7 Lake Cornish Court
Bartlett, IL  60103

Superior Knife Inc.
Acct#: 2699
8120 N. Central Park Ave
Skokie, IL  60076-2907

Supreme Lobster
Acct#: 8180
320 E. North Avenue
Villa Park, IL  60181-1221

Sysco Food Service
Acct#: 0436
250 Wieboldt Drive
Des Plaines, IL  60016

Target Nb
Acct#: 4642
Po Box 673
Minneapolis, MN  55440

Terminix
Acct#: 4549
PO Box 742592
Cincinnati, OH  45274-2592

Thd/cbsd
Acct#: 0194
Po Box 6497
Sioux Falls, SD  57117

Thd/cbsd
Acct#: 1474
Po Box 6497
Sioux Falls, SD  57117

Time Payment Corp.
10 M Commerce Way
Woburn, MA  01801

Timepayment Corp.
Acct#: 6154
10 M Commerce Way
Woburn, MA  01801

Timepayment Corp.
Acct#: 4920
10-M Commerce Way
Woburn, MA  01801

T-Mobile
Acct#: 6900
PO Box 2400
Young America, MN  55553-2400

Turano Baking Co.
Acct#: 9925
6501 West Roosevelt Road
Berwyn, IL  60402

Turtle Crossing Food Corp.
Acct#: 7957
1174 Morning Glory Lane
Bartlett, IL  60103

Visdsnb
Acct#: 6578
9111 Duke Blvd
Mason, OH  45040

WAMU Line of Credit
Acct#: 4693
PO Box 78065
Phoenix, AZ  85062-8065

WAMU Line of Credit
Acct#: 6049
PO Box 78065
Phoenix, AZ  85062-8065

Washington Mutual
Acct#: 9734
PO Box 9001123
  4029-1123

Washington Mutual
Acct#: 3962
PO Box 9001123
Louisville, KY  40290-1123

Washington Mutual
Acct#: 4537
Po Box 9001123
Louisville, KY  40290-1123

Washington Mutual
Acct#: 6761
PO Box 9001123
Louisville, KY  40290-1123

Washington Mutual
Acct#: 7964
PO Box 78065
Phoenix, AZ  85062-8065

Wentworth Gallery
Acct#: 3984
1118 Nw 159th Dr
Miami, FL  33169

West Asset Management
Acct#: 2333
7171 Mercy Road
Omaha, NE  68106

West Asset Management
Acct#: 6049
PO Box 790113
Saint Louis, MO  63179-0113

Wfnnb/dress Barn
Acct#: 5193
Po Box 182273
Columbus, OH  43218

Wirtz Beverage Illinois
Acct#: 0.66
1925 Busse Road
Elk Grove Villag, IL  60007

Yellowbook
Acct#: NN3C
6300 C Street
Cedar Rapids, IA  52404-7470